THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-04189 RGK(JWJx) |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $252,012.86 IN BANK FUNDS SEIZED FROM TWO BANK OF AMERICA ACCOUNTS, | |
| Defendant. | |
| EDGAR KAROYAN, an Individual, ACM ENTERPRISES GROUP, INC., a California Corporation, | |
| Claimants. | |

On or about June 25, 2008, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture

alleging that the defendant $252,012.86 in Bank Funds Seized From Two Bank of America Accounts (the "defendant bank funds") is subject to forfeiture pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

Claimants Edgar Karoyan and ACM Enterprises Group, Inc. filed verified claims to the defendant bank funds and answered the Complaint. No other parties have appeared in this case, and the time for filing claims and answers has expired.

The parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

3. Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimants Edgar Karoyan and ACM Enterprises Group, Inc. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The sum of $190,000.00 only (without interest) shall be returned to claimants Edgar Karoyan and ACM Enterprises Group, Inc. The remainder of the defendant bank funds, plus the interest earned by the United States of America on the defendant bank funds in

2

their entirety, shall be condemned and forfeited to the United States of America.  The Internal Revenue Service is ordered to dispose of the funds forfeited to the United States of America in accordance with law.

    5.    The funds to be returned to claimants Edgar Karoyan and ACM Enterprises Group, Inc. pursuant to paragraph 4 shall be forwarded by check payable to "Geragos & Geragos, A Professional Corporation, Attorney-Client Trust Account," and shall be mailed to Shepard Kopp, Esq., Geragos & Geragos, A Professional Corporation, 644 South Figueroa Street, Los Angeles, California 90017-3411.

    6.    Claimants Edgar Karoyan and ACM Enterprises Group, Inc., and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Internal Revenue Service and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants Edgar Karoyan and ACM Enterprises Group, Inc., or either of them.

7.  The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings.  Each of the parties hereto shall bear its own attorney fees and costs.

DATED: July 23, 2009

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

DATED: July 17, 2009                    THOMAS P. O'BRIEN
                                        United States Attorney
                                        CHRISTINE C. EWELL
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        STEVEN R. WELK
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section


                                        /s/ Victor A. Rodgers
                                        VICTOR A. RODGERS
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: July 16, 2009                    GERAGOS & GERAGOS, APC


                                        By /s/ Shepard S. Kopp
                                             Mark J. Geragos
                                             Shepard S. Kopp

                                        Attorneys for Claimants
                                        EDGAR KAROYAN, an individual and
                                        ACM ENTERPRISES GROUP, INC., a
                                        California corporation